# EXHIBIT A

## INDEX OF STATE COURT DOCUMENTS

State Court Docket Sheet ...………………………………………………………Exhibit B

Original Petition, filed July 24, 2025 …………………………………………………Exhibit C

Cover Letter, filed July 24, 2025 …………………………………………………...Exhibit D

Citation – Smith & Wesson Inc., issued July 24, 2025 …………………….…………Exhibit E

Return of Service - Smith & Wesson Inc. filed August 21, 2025………………....……Exhibit F

Citation – Metroplex Trading Company LLC, issued July 24, 2025 …………………....Exhibit G

Return of Service – Metroplex Trading Company LLC, filed August 21, 2025………...Exhibit H

Defendant Smith & Wesson Inc.'s Special Exceptions
and Original Answer Subject Thereto, filed September 5, 2025 …………………………Exhibit I

Defendant GrabAGun LLC, F/K/A Metroplex Trading
Company LLC's Original Answer, filed September 8, 2025……………………………..Exhibit J